```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 03136
   MICHAEL SMITH
   PATRIA SMITH                                 CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

              Debtor
   SSN XXX-XX-3914      SSN XXX-XX-4044

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 02/12/2008 and was confirmed 04/09/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 01/07/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSEC W/INTER      608.59           .00            .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER     2277.98           .00            .00
CAPITAL ONE                UNSEC W/INTER      868.88           .00            .00
COMMONWEALTH EDISON        UNSEC W/INTER     1248.94           .00            .00
CORTRUST BANK              UNSEC W/INTER      411.18           .00            .00
CITY OF CHICAGO WATER DE   SECURED             372.00           .00         120.00
COOK COUNTY TREASURER      SECURED            1858.00           .00         120.00
WILSHIRE MTG               CURRENT MORTG         .00            .00            .00
WILSHIRE MTG               MORTGAGE ARRE     2277.30           .00        2277.30
SPRINT                     UNSEC W/INTER NOT FILED             .00            .00
SPRINT PCS                 UNSEC W/INTER NOT FILED             .00            .00
COMMONWEALTH EDISON        UNSEC W/INTER NOT FILED             .00            .00
CREDIT COLLECTION SERVIC   UNSEC W/INTER NOT FILED             .00            .00
AT&T BROADBAND             UNSEC W/INTER NOT FILED             .00            .00
AT&T BROADBAND             UNSEC W/INTER NOT FILED             .00            .00
WEST SUBURBAN PHYSICIANS   UNSEC W/INTER NOT FILED             .00            .00
WEST SUBURBAN PHYSICIANS   UNSEC W/INTER NOT FILED             .00            .00
ER SOLUTIONS INC           UNSEC W/INTER      372.98           .00            .00
TCF NATIONAL BANK          UNSEC W/INTER NOT FILED             .00            .00
H & R BLOCK BANK           UNSEC W/INTER NOT FILED             .00            .00
H & R BLOCK BANK           UNSEC W/INTER NOT FILED             .00            .00
IC SYSTEMS                 UNSEC W/INTER NOT FILED             .00            .00
SBC                        UNSEC W/INTER NOT FILED             .00            .00
DIRECT TV                  UNSEC W/INTER NOT FILED             .00            .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER      411.62           .00            .00
CONCORDIA UNIVERSITY       UNSEC W/INTER NOT FILED             .00            .00
LVNV FUNDING LLC           UNSEC W/INTER     1276.42           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       1,351.50                     1,351.50
TOM VAUGHN                 TRUSTEE                                          331.20
DEBTOR REFUND              REFUND                                              .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 03136 MICHAEL SMITH & PATRIA SMITH
```

Summary of Receipts and Disbursements:
```
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  4,200.00

PRIORITY                                                 .00
SECURED                                             2,517.30
UNSECURED                                                .00
ADMINISTRATIVE                                      1,351.50
TRUSTEE COMPENSATION                                  331.20
DEBTOR REFUND                                            .00
                       ---------------         ---------------
TOTALS                   4,200.00                   4,200.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE